UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WILLIAM and MARGARET CUFF, on behalf of          Docket No. 07 CV 10996
their minor son, B.C.,                                    (WCC)

                 Plaintiffs,          **STIPULATION**

       - against -

VALLEY CENTRAL SCHOOL DISTRICT, and
BARBARA KNECHT, sued in her individual capacity,

                Defendants.
----------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the respective parties herein, that the time for the defendants to answer or move with respect to the complaint in the above-captioned action shall be extended to and including January 18, 2008.

    **IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original.

Dated: Mineola, New York
       December 19, 2007

BERGSTEIN & ULLRICH, LLP                    MIRANDA SOKOLOFF SAMBURSKY
Attorneys for Plaintiffs                    SLONE VERVENIOTIS LLP
15 Railroad Avenue                          Attorneys for Defendants
Chester, New York 10918                     240 Mineola Boulevard
(845) 469-1277                              Mineola, New York 11501
                                            (516) 741-7676
                                            Our File No.: 07-725

By: _____               By: _____
   Stephen Bergstein, Esq. (SB-6810)           Adam I. Kleinberg, Esq. (AIK-0468)

SO-ORDERED:

_____
U.S.D.J.