**AFFIDAVIT OF SERVICE**

WILLIAM AND MARGARET CUFF, ON BEHALF OF THEIR MINOR SO, B.C.

ATTORNEY: BERGSTEIN
FF/INDEX #:
DATE FILED: 12/4/07
DOCKET #:

Plaintiff(s)/Petitioners(s)

- AGAINST -

VALLEY CENTRAL SCHOOL DISTRICT, AND BARBARA KNECHT, ET AL.

CASE NO. 07 CIV 10996
JUDGE CONNER

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF    NEW YORK.

That on **12/18/07** at **10:40 AM** at **944 ROUTE 17K
MONTGOMERY, NY 12549**

deponent served the within **CIVIL ACTION SUMMONS & COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE CONNER & INSTRUCTIONS & PROCEDURES FOR ELECTRONIC CASE FILING**

on **VALLEY CENTRAL SCHOOL DISTRICT**    therein named

**CORPORATION**  ☑ By delivering to and leaving with **SUSAN REICHANDT** and that he knew the person
so served to be the **DISTRICT CLERK**   of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION**    Deponent describes the individual served as follows:

**FEMALE   WHITE SKIN   BLACK HAIR   45-55 YEARS   5'8"   155 LBS**

Other identifying features:

Sworn to before me on: **12/20/07**

MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958