Case 7:07-cv-10996-WCC   Document 6   Filed 01/11/2008   Page 1 of 1
12/20/2007 10:47 FAX 8454695904   Bergstein&Ullrich, LLP   @002
Case 7:07-cv-10996-WCC   Document 5   Filed 01/04/2008   Page 1 of 1
DEC-20-2007 09:34   MSSSV LLP   P.02

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X

WILLIAM and MARGARET CUFF, on behalf of
their minor son, B.C.,

                       Plaintiffs,

- against -

VALLEY CENTRAL SCHOOL DISTRICT, and
BARBARA KNECHT, sued in her individual capacity,

                       Defendants.
---------------------------------------------X

Docket No. 07 CV 10996
(WCC)

STIPULATION AND ORDER

ECF CASE

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the respective parties herein, that the time for the defendants to answer or move with respect to the complaint in the above-captioned action shall be extended to and including January 18, 2008.

    **IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original.

Dated: Mineola, New York
       December 19, 2007

BERGSTEIN & ULLRICH, LLP
Attorneys for Plaintiffs
15 Railroad Avenue
Chester, New York 10918
(845) 469-1277

By: _____
   Stephen Bergstein, Esq. (SB-6810)

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-725

By: _____
   Adam I. Kleinberg, Esq.(AIK-0468)

SO-ORDERED: Dated: Jan. 11, 2008

_____
William C. Conner
U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

TOTAL P.002