UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
WILLIAM and MARGARET CUFF, on behalf of       07 CV 10996 (WCC)
their minor son, B.C.,

                     Plaintiffs,        **DECLARATION OF**
                                      **<u>CHARLES A. MARTIN</u>**

    - against -


VALLEY CENTRAL SCHOOL DISTRICT, and
BARBARA KNECHT, sued in her individual capacity,

                     Defendants.

-----------------------------------------------------------------------X

      CHARLES A. MARTIN, an attorney duly admitted to practice law in the Southern District

Court of New York hereby affirms under the penalties of perjury, the following.

      1.     I am an associate of the law firm of Miranda Sokoloff Sambursky Slone Verveniotis

LLP, attorneys for defendants VALLEY CENTRAL SCHOOL DISTRICT and BARBARA

KNECHT in the above-referenced case.

      2.     I submit this Declaration in further support of defendants' motion to dismiss this

action pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, dismissing the claims against

individual defendant Barbara Knecht on the ground of qualified immunity.

      3.     Attached hereto as Exhibit A is a color copy of the science assignment turned in by

B.C.  This document is provided, as a courtesy, because it is a clearer copy than the copy provided

in plaintiff's exhibit A.

4.      For the reasons set forth in the original memorandum of law and the accompanying reply memorandum of law, defendants respectfully request that the Court grant their motion to dismiss and dismiss plaintiffs' complaint in its entirety.

Dated:  Mineola, New York
        February 29, 2008

_____
Charles A. Martin (CAM-1881)

# EXHIBIT "A"

