UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILLIAM AND MARGARET CUFF, on behalf of
their minor son, B.C.,

                      Plaintiffs,

            -against-

VALLEY CENTRAL SCHOOL DISTRICT AND
BARBARA KNECHT, sued in her indvidual capacity,

                      Defendants.
------------------------------------------------------------x

07 CV 10996 (WCC)
**JUDGMENT**

      Whereas the above entitled action having been assigned to the Honorable William C. Conner, U.S.D.J., and the Court thereafter on May 5, 2008, having handed down an Opinion and Order (Docket #14), granting defendants' motion to dismiss (Docket #7), with prejudice it is,

      **ORDERED, ADJUDGED AND DECREED:** that defendants' motion to dismiss the Complaint is granted and the action is dismissed with prejudice, and the case is hereby closed.

DATED: White Plains, New York
          May 07, 2007

                                                          J. Michael McMahon
                                                          Clerk of Court

E.O.D. 05-07-08